UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED
PEOPLE (NAACP), ALBUQUERQUE CHAPTER,

        Plaintiff,

vs.                                                                 No. 11-CV-01093 CG/ACT

CITY OF ALBUQUERQUE,

        Defendant.

### STIPULATED ORDER OF DISMISSAL
### WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' *Unopposed Motion to Dismiss Without Prejudice*. (Doc. 11). The Court, being advised in the premises by written unopposed motion, FINDS the motion well-taken, and it is therefore Ordered that this case is dismissed, without prejudice.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

*Attorney for Plaintiff NAACP*
/s/ Brad D. Hall
Law Office of Brad D. Hall
320 Gold AV SW #1218
Albuquerque, NM  87102
(505) 255-6300, Fax (505) 255-6323

1

*Attorney for City Defendants*
TC 2/28/12
Rebecca Wardlaw
Albuquerque City Attorney's Office
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4600, Fax (505) 768-4525